**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Lopez, | **ORDER** |
| **Plaintiff,** | 7:21-cv-2035-PED |
| *- against -* | |
| Pagan, | |
| **Defendant,** | |

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued,  without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: January 10, 2023                                           SO ORDERED:
            White Plains, New York

                                                                              _____
                                                                              PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jan 10, 2023**